MARGARET DONNELLY, by MARY DONNELLY, her Guardian ad Litem, Respondent, *v.* MARY BURNHAM, Appellant, Interpleaded by THE CATHOLIC MUTUAL BENEFIT ASSOCIATION.

*Donnelly* v. *Burnham*, 86 App. Div. 226, affirmed.
(Argued December 14, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term and an order denying a motion for a new trial.

*Eugene W. Harrington* for appellant.

*Thomas H. Dowd* for respondent.

Judgment affirmed, with costs, and ten per cent additional under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: HAIGHT, J.